IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPHINE GRACE LAPINA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF HAWAII; HAWAII ) <br> CHILD SUPPORT ) <br> ENFORCEMENT AGENCY; ) <br> DAVID GIERLACH; BARBARA ) <br> SHINTANI; JAN WATANABE; ) <br> EDWARD SMITH; SCOT ) <br> BROWER; and MICHAEL J. ) <br> SUTTON, ) <br> ) <br> Defendants. ) <br> _____ ) | CV 19-00452 LEK-KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 24, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to: (1) Dismiss Complaint With Limited Leave to Amend; (2) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs", ECF No. 4, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 21, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge