IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPHINE GRACE LAPINA, | CV 19-00452 LEK-KJM |
| Plaintiff, | |
| vs. | |
| DAVID GIERLACH, Family Court Judge; BARBARA SHINTANI, an Individual; JAN WATANABE, an Individual; SCOT BROWER, an Individual; EDWARD SMITH, an Individual; MICHAEL J. SUTTON, II, an Individual; CITY AND COUNTY OF HONOLULU, a Public Entity; and DOES 1 THROUGH 4, inclusive | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 29, 2022 and served on all parties on May 2, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Josephine Grace Lapina's Claims Against

Defendant Michael J. Sutton, II for Failure to Prosecute," ECF No. 113 are adopted as the opinion and order of this Court.

There being no remaining claims in this case, the Clerk's Office is DIRECTED to close the case immediately.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2022.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JOSPHINE GRACE LAPINA V. DAVID GIERLACH, ET AL.; CV 19-00452 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**